**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 26-6116**

———————

DEANNA SHARP, individually and as next friend of N.S., a minor child,

Petitioner - Appellant,

v.

SOUTH CAROLINA DEPARTMENT OF SOCIAL SERVICES, (DSS); RYAN SHARP; EMILY HINSON; WILLIAM FORTINO; PATRICK MCWILLIAMS; ALEXIS CRAMER; SHAWANDA AIKEN; TIA HUNTER; ANN G. JONES, Judge; JUDGE JAMES G. MCGEE, Judge; ROBERT NEWTON, Judge; RANDELL MCGEE, Judge; ELLEN BABB; JAMES SHADD; NANCY FENWELL,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of South Carolina, at Rock Hill. Sherri A. Lydon, District Judge. (0:25-cv-10563-SAL)

———————

Submitted: April 28, 2026                    Decided: May 1, 2026

———————

Before WILKINSON and GREGORY, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Deanna Sharp, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deanna Sharp seeks to appeal the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice her 28 U.S.C. § 2241 petition. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on November 6, 2025, and the appeal period expired on December 8, 2025. *See* Fed. R. App. P. 26(a)(1)(C). Sharp filed the notice of appeal on December 29, 2025. Because Sharp failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*